# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED
JAMES J. VILT, JR. - CLERK
JAN -7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

MICHAEL HILL
_____

(Full name of the Plaintiff(s) in this action)

v.

OFC. WILLIAM FAYE

JUSTIN FOWLER

SETH MITCHELL

JUSTIN HORNE

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 3·22·CV·8·RGJ
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

(_) NO JURY TRIAL DEMAND
(Check only one)

I. **PARTIES**

(A) **Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Michael Hill

Place of Confinement: KY. State Penitentiary ("KSP")

Address: 266 Water Street, Eddyville, KY. 42038

Status of Plaintiff: CONVICTED (✓)   PRETRIAL DETAINEE (_)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

(3) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (__) PRETRIAL DETAINEE (__)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant **William Faye** is employed as **ex-officer** at **KSP**.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(2) Defendant **Justin Fowler** is employed as **ex-sergeant** at **KSP**.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(3) Defendant **Seth Mitchell** is employed as **Major** at **KSP**.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(4) Defendant **Justin Horne** is employed as **ex-sergeant** at **KSP**.

The Defendant is being sued in his/her (✓) individual and/or (__) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

II.   **PREVIOUS LAWSUITS**

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action?  YES (___) NO (**X**)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): _____

_____

Defendant(s): _____

_____

Court (if federal court, name the district. If state court, name the county):

_____

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

_____

Approximate date of filing lawsuit: _____

Approximate date of disposition: _____

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

1) On or around Jan. 2, 2021 Plaintiff Hill was attempting to go to the law library to research his criminal post conviction issues.

2) Ofc. Faye then stopped Hill and told him that he shouldn't attend the law library because other inmates were pointing fingers as to which inmate notified Internal Affairs about Ofc. Faye bringing in drugs. Plaintiff Hill stated to Ofc. Faye that he is **not** responsible for talking to any employees about anything. Ofc. Faye then told Hill that he suspected Hill mentioned his name to employees about bringing drugs into KSP. Plaintiff Hill then told Faye that he would attend the law library anyway advised him that if he continued to make his environment unsafe he would file a complaint and grievance on him.

3) Ofc. Faye then threatened Hill that if Internal Affairs ever questioned him about smuggling drugs he would have Hill stabbed by other inmates.

4

4) Ofc. Faye believed that by Hill attending the law library (which is connected to the Admin. building) he must be the inmate giving Internal Affairs information. <u>Ofc. Faye was 100% wrong.</u>

5) The following day (or two(2)) Internal Affairs and the KY. State Police caught ofc. Faye smuggling drugs into the prison.

6) Ofc. Faye gave the police and Internal Affairs his cell phone which revealed the phone numbers/text messages of **all** inmates family members that were connected to ofc. Faye. Plaintiff Hill's numbers were not inside ofc. Faye's phone - or phone records. <u>Then, strangely ofc. Faye alleged that he brought drugs in for Hill the previous day?</u> As such, plaintiff Hill was placed in segregation and placed on a "dry cell" with no mattress or clothing - only paper boxer shorts.

7) Hill produced dozens of bowel movements **naturally** and by force - some chemicals placed in his food/drink to cause bowel movements.

8) After Hill became tired of seeing staff pour this bottle (white/red bottle with clear liquid) into his water and food, and became tired of dozens of bowel movements (which over-proved Hill had nothing in his stomach/intestines), Hill protested a hunger strike.

9) Hill stayed on hunger strike for sixteen (16) days. Hill woke-up one day in the back of an ambulance on the way to the hospital.

10) When Hill arrived at the hospital he was covered in feces (literally) and had not been allowed a shower in over two (2) weeks. Hospital staff made note of this.

pg 5

11) While in the hospital Seth Mitchell (then Internal Affairs) ordered the hospital to do a full-body X-ray (scan) of Hills cavities and stomach/intestines to determine if any foreign objects were inside Hill. The full-body X-ray determined that no foreign objects were inside Hill's body.

12) After treated for his hunger strike Hill was released the next day. Seth Mitchell then continued to target Hill and ordered that he be placed in a cell with no clothes and no mattress - where he stayed for another eight (8) days sleeping on cold concrete.

Seth Mitchell was responsible for Hill being held with no clothing, no mattress, forcing bowel movement liquid on him, and denial of proper treatment during Hill's hunger strike.

13) Justin Fowler worked seven (7) housecell along with Justin Horne. Both Fowler and Horne were good buddies with each other and good friends with fired ofc. William Faye.

<u>Justin Fowler</u> = repeatedly made comments to Hill accusing Hill of getting his buddy fired and spreading false rumors about Hill to other seg. inmates. On or around Jan. 6, 2021 Justin Fowler sprayed Hill while Hill was handcuffed behind his back, legs shackled together, and was kneeling in a compliance position. Justin Fowler was fired for this excessive force.

<u>Justin Horne</u> = On Jan. 7, 2021 Sgt. Horne repeatedly told Hill that hill got his buddy fired. Horne then ordered Hill to place his hands behind his back and turn around to be handcuffed. <u>Hill complied with all orders.</u> Once the handcuffs were applied Horne yanked Hill's wrists and arms through the food slot causing Hill

pg 6

severe pain, minor bleeding, and swelling. Horne then had the audacity to issue Hill a dis. report alleging that Hill hurt Horne's hand? The entire incident was recorded on camera and Horne was clearly being dishonest, and retaliating against Plaintiff Hill. After camera review, the Warden dismissed Horne's false dis. report. Horne is no longer employed at KSP.

## Legal Claims

Plaintiff Hill had a right to attend the law library to work on his criminal appeal and right to complain about ofc. Faye's threats and efforts to cause physical harm if he continued to attend the law library. Retaliation for complaints violate the First Amendment. <u>Crawford-EL v. Britton</u>, 523 U.S. 574 (1998). To state a retaliation claim Hill must allege "(1) that his speech and actions were protected (attending law library and informing ofc. Faye that he would file a complaint if threats/harassment continued), (2) Faye took adverse action against him (threats, intimidation and orders to stop attending law library), and (3) that there was a causal connection between the protected speech and the adverse action." <u>Thaddeus-X v. Blatter</u>, 175 F.3d 378, 394 (6th Cir. 1999) The form of retaliation was being placed in segregation under false claims and by Faye telling other inmate that Hill is responsible for him getting arrested - which was <u>100% false</u>.

Sgt. Horne and Sgt. Fowler both used excessive force on Hill when Hill was not violating any prison rule. Such assault is deemed excessive force under <u>Hudson v. McMillian</u>, 503 U.S. 1, 6-7, 112 S. Ct. 995 (1992).

pg 7

Sgt. Fowler was terminated for his excessive force. Sgt. Horne's false dis. report was dismissed by the Warden.

Such a dismissal of a false report - based on retaliation - supports a constitutional claim. <u>Brown v. Crowley</u>, 312 F.2d 782, 789 (6th Cir. 2002) (holding disciplinary charges that were dismissed were sufficiently adverse because they "subjected [Plaintiff] to the risk of significant sanctions").

Seth Mitchell continued to harass Hill with over three (3) weeks of no shower, no mattress, no clothes, forced liquid to induce bowel movements, and staying covered in feces.

IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 50,000

___ grant injunctive relief by _____

✓ award punitive damages in the amount of $ 50,000

✓ other: Nominal damages

V. DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 30th day of December, 2021.

Michael Hill #231784
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on Dec. 30, 2021.

_____
(Signature)

pg 9

Michael Hill #231784
KSP
266 Water Street
Eddyville, KY. 42038



FILED
JAMES J. VILT, JR. - CLERK
JAN - 7 2022
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

U.S. District Court
601 W. Broadway St. RM #106
Louisville, KY. 40202